# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA CERVANTES CHAVEZ,<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Respondents. | Case No. 1:25-cv-02058-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE RE: MOTION FOR PRELIMINARY INJUNCTION |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 13, 2026, the assigned district judge denied Petitioner's motion for a temporary restraining order and referred the matter "to the assigned magistrate judge for further proceedings and/or other appropriate action, including as to whether the petition should be dismissed for lack of jurisdiction." (ECF No. 10 at 4.) On January 14, 2026, the Court issued a briefing schedule. (ECF No. 11.)

On January 14, 2026, Respondents filed a motion to dismiss. (ECF No. 13.) On January 30, 2026, Petitioner filed an opposition to the motion to dismiss and a motion for preliminary injunction. (ECF Nos. 14, 15.) Per the Court's previous scheduling order, (ECF No. 11), any reply to Petitioner's opposition to the motion to dismiss is due February 13, 2026. The assigned district judge referred the motion for preliminary to the undersigned. (ECF No. 16.)

1

For purposes of judicial efficiency, the Court will advance the merits determination and consolidate it with the resolution of the preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a)(2), which provides that "[b]efore or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing." Fed. R. Civ. P. 65(a)(2). See Dzhabrailov v. Decker, No. 20-CV-3118 (PMH), 2020 WL 2731966, at *4 (S.D.N.Y. May 26, 2020) (considering preliminary injunction and merits of habeas petition simultaneously). The Court will consider any arguments made and exhibits submitted with respect to the motion for preliminary injunction.

Accordingly, IT IS HEREBY ORDERED that:

1. On or before February 13, 2026, Respondents SHALL FILE a response to Petitioner's motion for preliminary injunction;[1] and

2. Within seven (7) days of the date of service of Respondents' response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated:   **February 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Respondents may file a combined reply to Petitioner's opposition to the motion to dismiss and response to Petitioner's motion for preliminary injunction.