UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA CERVANTES CHAVEZ,<br>Petitioner,<br>v.<br>MOISES BECERRA, et al.,<br>Respondents. | No. 1:25-cv-02058-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Docs. 1, 13, 15, 21 |

Petitioner Elisa Cervantes Chavez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting respondents' motion to dismiss, dismissing the petition for writ of habeas corpus, and denying petitioner's motion for preliminary injunction. Doc. 21. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. Petitioner filed untimely objections on March 23, 2026, and respondents filed their response to the objections on March 23, 2026. Docs. 22, 23.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. In her

objections, petitioner largely repeats arguments that the magistrate judge already properly considered. Although petitioner seeks her release from detention, the petition challenges petitioner's conditions of confinement. The "relevant question is whether, based on the allegations in the petition, release is *legally required* irrespective of the relief requested." *Pinson v. Carvajal*, 69 F.4th 1059, 1072 (9th Cir. 2023) (emphasis in original). The petition fails to establish a cognizable claim in habeas. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 4, 2026 (Doc. 21) are adopted in full.
2. Respondents' motion to dismiss (Doc. 13) is granted.
3. The petition for writ of habeas corpus (Doc. 1) is dismissed.
4. Petitioner's motion for preliminary injunction (Doc. 15) is denied.
5. The Clerk of Court is directed to terminate any pending motions and close the case.

IT IS SO ORDERED.

Dated: July 16, 2026

UNITED STATES DISTRICT JUDGE